11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Isaac Elio Flores,                                        * From the 132nd District
                                                                    Court of Scurry County,
                                                                    Trial Court No. 9929.

Vs. No. 11-13-00373-CR                          * January 16, 2014

The State of Texas,                                   * Per Curiam Memorandum Opinion
                                                                    (Panel consists of: Wright, C.J.,
                                                                    Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.